```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

CRIMINAL NO. 07-50032-001               USA v. JIMMIE JAY LAWSON

COURT PERSONNEL:                        APPEARANCES:

Judge: JIMM LARRY HENDREN               Govt. KYRA JENNER

Clerk: GAIL GARNER                      Deft. JOHN VANWINKLE

Reporter: THERESA SAWYER

## SENTENCING MINUTE SHEET

   On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Court expresses final approval of plea agreement.
- (X) Evidence presented on behalf of USA:

    1. Gloria Lynn, 2. Emily Freeman, 3. Todd Tallant, 4. Scott Ledford

- (X) Evidence presented on behalf of defendant:

    1. Jimmie Jay Lawson; Govt Ex. #1 - Voluntary Statement of Mr. Lawson dated 1/9/03, Govt Ex. #2 - FBI report dated 7/19/07, Govt Ex. #3 - FBI report dated 6/15/07.

- (X) Government moves for downward departure pursuant to 5K1.1 - denied by court.
- (X) Victim testimony to court with respect to imposition of sentence: 1. Gloria Lynn, 2. Emily Freeman.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.

Criminal No. 07-50032-001

- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows:

    63 months imprisonment; supervised release for life; $10,000.00 fine - interest waived.

- (X) Defendant ordered to comply with standard conditions of supervised release.
- (X) Defendant ordered to comply with following special conditions of supervised release:

    Submit to any means utilized by USPO to track whereabouts or location at any time.

    No unsupervised contact with minors.

    Submit to inpatient/outpatient mental health testing/treatment, all with emphasis on sex offender treatment, as deemed necessary and directed by USPO.

    Do not access internet from any location without prior approval by USPO and for a justified reason. No internet access at residence.

    Submit to search of person, residence, vehicle and place of employment upon request of USPO.

    Defendant shall submit any computer and/or electronic devices to which he has access to unannounced examination at any time by the USPO.

- (X) Defendant ordered to pay total special assessment of $100.00, for count 1s, which shall be due immediately.
- (X) Count 2s dismissed on motion by the government.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Appeal packet provided.
- (X) Defendant remanded to custody of U.S. Marshal.

DATE: April 21, 2008                    Proceeding began: 11:01 AM
                                                    ended:  4:04 PM